IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KAJARIUS ANDERSON, D'VONTE PEPPERS,
AVON COFFER, and KAMECHIE KOFFER  PLAINTIFFS

V.  CAUSE NO. 3:17-CV-167-DCB-LRA

TOWN OF TCHULA, MISSISSIPPI, TCHULA
MISSISSIPPI POLICE DEPARTMENT,
CHIEF KENNETH HAMPTON, MAYOR ZULA
PATTERSON, and JOHN DOES 1-5  DEFENDANTS

ORDER

Before the Court is a Motion to Dismiss two Plaintiffs ⸺ Avon Coffer and Kamechie Coffer ⸺ from this action without prejudice, urged ore tenus by all Plaintiffs, Kajarius Anderson, D'Vonte Peppers, Avon Coffer, and Kamechie Koffer. The Motion is unopposed.

The Court finds that the Motion is well-taken and should be granted.

Accordingly,

IT IS ORDERED that Plaintiffs' Motion is GRANTED, and Plaintiffs Avon Coffer and Kamechie Coffer are DISMISSED from this action WITHOUT PREJUDICE.

SO ORDERED, this the 22nd day of May, 2018.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE